

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARY CATHERINE KRENEK, | § | No. 08-22-00143-CV |
| Appellant, | § | Appeal from the |
| v. | § | 53rd District Court |
| SWINERTON BUILDERS, | § | of Travis County, Texas |
| Appellee. | § | (TC#D-1-GN-22-001351) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF AUGUST, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.